# Exhibit 1

**From:** efoia@subscriptions.fbi.gov <efoia@subscriptions.fbi.gov>
**Sent:** Thursday, February 13, 2025 3:25 PM
**To:** hholley@local3news.com
**Subject:** eFOIA Request Received

# Individual Information

**Prefix**

**First Name**

> Heather

**Middle Name**

**Last Name**

> Holley

**Suffix**

**Email**

> hholley@local3news.com

**Phone**

> 4236539172

**Location**

> United States

# Domestic Address

**Address Line 1**

> 900 Whitehall Road

**Address Line 2**

**City**

Chattanooga

**State**

Tennessee

**Postal**

37405

# Agreement to Pay

**How you will pay**

I am requesting a fee waiver for my request and have reviewed the FOIA reference guide. If my fee waiver is denied, I would like to limit my request to the two free hours of searching and 100 duplicated pages.

# Proof Of Affiliation for Fee Waiver

**Waiver Explanation**

This request is being made on behalf of Local 3 News (a local news station) in Chattanooga, TN for continuing coverage of this incident

**Documentation Files**

l3n signature.JPG

# Non-Individual FOIA Request

**Request Information**

**Request Information**

All unclassified files pertaining to the investigation of the terror attack in Chattanooga on July 16, 2015

\*\*

Please be advised that efoia@subscriptions.fbi.gov is a no-reply email address. Questions regarding your FOIA request may be directed to foipaquestions@fbi.gov. If you have received a FOIPA request number, please include this in all correspondence concerning your request. Please note eFOIPA requests are processed in the order that they are received. If you have not received a FOIPA request number, your request is in the process of being opened at which time it will be assigned a FOIPA request number and correspondence will be forthcoming.

\*\*

Upon receipt of your FOIPA request number, you may check the status of your FOIPA request on the FBI's electronic FOIA Library (The Vault) on the FBI's public website, http://vault.fbi.gov by clicking on the 'Check Status of Your FOI/PA Request tool' link. Status updates are performed on a weekly basis. If you receive a comment that your FOIPA request number was not located in the database, please check back at a later date.