# Exhibit 4

Case 1:26-cv-00221-CLC-CHS　　Document 1-9　　Filed 08/11/26　　Page 1 of 3　　PageID #: 26



**U.S. Department of Justice**
Office of Information Policy
*Sixth Floor*
*441 G Street, NW*
*Washington, DC 20530-0001*

*Telephone: (202) 514-3642*

Paul McAdoo, Esq

Re:   Appeal No. A-2026-00036

Request No. 1659884-000

pmcadoo@rcfp.org

**VIA: Online Portal - 6/11/2026**

Dear Paul McAdoo:

You appealed, on behalf of your client, Local 3 News, from the action of the Federal Bureau of Investigation (FBI) on your Freedom of Information Act (FOIA) request for access to unclassified files pertaining to the investigation of the terror attack in Chattanooga on July 16, 2015. I note that your appeal concerns the FBI's withholding in full of records pursuant to 5 U.S.C. § 552(b)(7)(A). Please note that this Office was closed due to a lapse in funding appropriations between October 1, 2025 and November 12, 2025, which resulted in a delay in responding to your appeal.

After carefully considering your appeal, I am affirming FBI's action on your client's request. The FOIA provides for disclosure of many agency records. At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities. The FBI properly withheld this information in full because it is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(A), and it is reasonably foreseeable that disclosure of this information would harm the interests protected by this provision. This provision concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

Please be advised that this Office's decision was made only after a full review of this matter. Your appeal was assigned to an attorney with this Office who thoroughly reviewed and analyzed your appeal, your client's underlying request, and the action of the FBI in response to your client's request.

If your client is dissatisfied with my action on your appeal, the FOIA permits your client to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your client's right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; email at ogis@nara.gov; telephone at 202-741-5770; or toll-free at 1-877-684-6448. If you have any questions regarding the action this Office has taken on your appeal, you may contact this Office and speak with the undersigned agency official by calling 202-514-3642.

Sincerely,

X Rianna Barrett

Rianna Barrett,

Associate Chief, for Christina Troiani,
Chief, Administrative Appeals Staff